## JOSEPH R. BENFANTE, P.C.
ATTORNEY AT LAW
225 BROADWAY, SUITE 2700
NEW YORK, NEW YORK 10007
WWW.BENFANTELAW.COM

JOSEPH R. BENFANTE

JON L. NORINSBERG
OF COUNSEL

TELEPHONE: (212) 227-4700

FACSIMILE: (212) 406-6890

February 15, 2012

Honorable Sandra L. Townes
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Anthony Preza, et. al
<u>Criminal Docket Number 10-147 (S-1)(SLT)</u>

Dear Judge Townes:

In reference to defendant Anthony Preza's present bail conditions, this letter is to respectfully request that Mr. Preza's be allowed to travel to Washington, D.C., on February 23, 2012 and return February 24, 2012. Presently Mr. Preza is allowed to travel to New York, New Jersey Maryland and Connecticut.

As I have mentioned in the past Mr. Preza owns and operates various valet parking companies, to wit: Park Plus Valet Services, Inc., Supreme Parking of Florida, Inc., Supreme Parking, and Signature Transportation.

Mr. Preza is requesting permission to travel to Washington, D.C. on February 23, 2012, for a meeting with Mr.Gemunder, 1055 Thomas Jefferson Street, Suite L2, NW Washington DC 20007.

Mr. Preza will be traveling by train leaving on February 23, 2012, from Newark, Penn Station at approximately 6:41 P.M., and arriving in Washington, D.C. at 8:47 P.M. He will be staying in the Latham Hotel, 3000 M Street, NW, Washington, D.C., and will depart Washington, D.C., on Friday, February 24, 2012 at approximately 3:00 P.M., and arrive in New York at 5:29 P.M.

JOSEPH R. BENFANTE

Page Two
February 15, 2012
Honorable Sandra L. Townes
United States District Court Judge

    This request was consented to by Assistant United States Attorneys Rachel Nash and Pre-Trial Officer Amina Adossa-Ali.

Very truly yours,

*Joseph R. Benfante*

JOSEPH R. BENFANTE

JRB:nb

cc: Rachel Nash, Esq.
    Assistant United States Attorney

    Allon Lifshitz, Esq.
    Assistant United States Attorney